UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JONAH NITZKIN,<br><br>              Plaintiff,<br><br>vs.<br><br>ONE RELIANCE LLC,<br><br>              Defendant. | 2:21-CV-11231-TGB<br><br>ORDER REGARDING CLERK'S ENTRY OF DEFAULT<br><br>HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before January 24, 2022.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 19th day of January, 2022.

>BY THE COURT:
>
>/s/Terrence G. Berg
>TERRENCE G. BERG
>United States District Judge